UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ, | No. 2:14-cv-2604-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| OHERA, | |
| Defendant. | |

    Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He asserts a claim arising out of events that occurred at the West County Detention Facility in Richmond, California.

    A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

    The West County Detention Facility is in Contra Costa County.  Because Contra Costa County lies within the venue of the Northern District of California, venue properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

1   Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern

2 District of California. *See* 28 U.S.C. § 1406(a).

3 Dated: December 22, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2